# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>ATHLETIKA SPORTS AND FITNESS, LLC, *et al*.<br><br>        Defendants. | Case No.: 22-CV-10600-LVP-KGA<br><br>Honorable Linda V. Parker<br>Magistrate Judge Kimberly G. Altman |

## ORDER OF VOLUNTARY DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS ORDERED that this action be and hereby is dismissed with prejudice as to all claims, with each party bearing that party's own attorney's fees and costs.

                                              s/ Linda V. Parker
                                              LINDA V. PARKER
                                              U.S. DISTRICT JUDGE

Dated: June 18, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>ATHLETIKA SPORTS AND FITNESS, LLC, *et al*.<br><br>    Defendants. | Case No.: 22-CV-10600-LVP-KGA<br><br>Honorable Linda V. Parker<br>Magistrate Judge Kimberly G. Altman |

## **STIPULATION FOR VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action, inclusive of all pleaded claims, is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED that there is no prevailing party in this action, and each party shall bear its own costs and attorneys' fees.

Dated: 6/16/23

          **HUSCH BLACKWELL LLP**

By: *Electronically signed by Jason R. Fathallah*
Jason R. Fathallah (P70434)
511 N. Broadway, Suite 1100
Milwaukee, WI 53202
jason.fathallah@huschblackwell.com
Phone: 414.273.2100

*Attorneys for Plaintiff West Bend Mutual Insurance Company*

Dated: 6/16/23

          **BODMAN PLC**

By: *Electronically signed by Michael G. Costello (with permission)*
Michael G. Costello (P38808)
Emily Cross (P85911)
Stephen P. Dunn (P68711)
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
mcostello@bodmanlaw.com
ecross@bodmanlaw.com
sdunn@bodmanlaw.com
Phone: 248.743.6027

*Attorneys for Defendant Michael Knight*

Dated: 6/16/23

                    **THE PRIVATE FIRM**

By: *Electronically signed by Reese Serra (with permission)*
Reese Serra (P74482)
805 Oakwood Dr., Suite 101
Rochester, MI 48307
reese@thefirm.net
Phone: 248.840.3139

*Attorneys for Defendant Encore Service Group LLC*

Dated: 6/16/23

**FIEGER, FIEGER, KENNEY & HARRINGTON**

By: *Electronically signed by Mlicia Filipovic (with permission)*
Milica Filipovic (P80189)
19390 West Ten Mile Road
Southfield, MI 48075
m.filipovic@fiegerlaw.com
Phone: 248.355.5555

*Attorneys for Defendant Statia Hamilton*

4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 16, 2023, the foregoing Stipulation for Voluntary Dismissal was electronically filed with the Clerk of Court via the electronic filing system, serving all counsel of record.

*Electronically signed by Jason R. Fathallah*
Jason R. Fathallah (P70434)